**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
────────────────────────────────────────

**UNITED STATES OF AMERICA**

       - against -                                          00cr977 (JGK)

**KEVIN ALLER,**                                             <u>ORDER</u>

                **Defendant.**
────────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

     The Court has received the attached letter dated May 14, 2020 from the defendant. The Court treats this as a supplement to the defendant's request for compassionate release. The Government has been ordered to respond to the application by June 3, 2020 and the defendant may reply by June 17, 2020. The Clerk should note the defendant's new address, Kevin Aller, Reg. No. 45021-054, USP Lewisburg, United States Penitentiary, P.O. Box 1000, Lewisburg, PA 17837. Chambers will mail a copy of this order to the defendant.

**SO ORDERED.**

**Dated:**    **New York, New York**
             **May 26, 2020**                                      <u>    /s/ John G. Koeltl    </u>
                                                                          John G. Koeltl
                                                        **United States District Judge**

5/14/20

Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Dear Judge Koeltl:

I write to ask you did you recive my compassionate release motion, Due To covid 19. B/c I Have All the symtmus That it Attack. Astma, High Blood Prescure, Bronclibiss, ect. Excuse me if I spelled word's wrong B/c I'm in a New Jail now a Tornado Hit my Jail in S.C. So they had to evacted us All 1000 Inmates. & All that with this covid 19. I'm asking can I suplement a few new cases. Like the 3582(c)(1)(A) That section, let's me attack everything unjust like the Inhassment, cross refrence. & more. The P.S.I & now we in a new day in time. That's no longer can so. And that's where majority my time came from. Mr. Koeltl. I never want to be a pest, or set on your nerve. I'm just a Black man asking for another chance in life. I miss my daughters, so now I can raise my grand kids. I also want to say Be Safe new to this covid 19 b/c it sayen it will get worst. God Bless U & Ur Family Mr. Koeltl. & can you answer me Back. I sent like 4 letters/motion's, you never answer.

Inmate Name: Kevin Allen
Register Number: 45021054
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

10007-133099