**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

**- against -**

**KEVIN ALLER,**

**Defendant.**

**00cr977 (JGK)**

**ORDER**

**JOHN G. KOELTL, District Judge:**

The Court received the attached submissions from the defendant. Chambers will mail a copy of this order to the defendant.

**SO ORDERED.**

**Dated: New York, New York**
**July 8, 2020**

**/s/ John G. Koeltl**
**John G. Koeltl**
**United States District Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA.

V.

KEVIN ALLER

PETITIONERS

00 CR. 977 (JGK)

THE PETITIONERS RESPONSE TO THE GOVERMENT BRIEF ON HIS EMERGENCY MOTION FOR REDUCTION OF SENTENCE UNDER 18 U.S.C. 3582 (c)(1)(A)(i) AND EXPEDITED RULING REQUESTED DUE TO COVID 19

KEVIN ALLER 45021-054
USP LEWISBURG
P.O. BOX 1000
LEWISBURG, P.A. 17837

EMERGENCY MOTION FOR REDUCTION OF SENTENCE UNDER 18 U.S.C. 3582 (c)(1)(A)(i) AND EXPEDITED RULING REQUESTED DUE TO COVID-19

His compassionate release motion under 18 U.S.C 3582 (c)(1)(A)(i) Base on the extraordinary and compelling reason presented by the covid 19 pandemic

This Honorable Court should Grant Relief based on the Petitioners vulnerabilty to contract covid-19 within Prison due to the poor sanitary conditions at his Facility coupled with the grave situation within many of the B.O.P.s Facilities which have numerous confirmed covid-19 cases afflicting staff and inmates his chronic medical condition (asthma, one lung, high blood pressure His 20 year shy a few week's from the full 20 year's served, his discipline record and no continuous programming; additionally the Petitioner ask this Honorable Court to consider Honorable U.S. District Judge Gwin's (Northern District of Ohio, 6th Cir) order to the BOP to loosen requirements on who qualifies for placement on Home confinement under the Bureau's Cares Act Authority by:

1) Eliminating requirments on length of sentence an inmate has served (renews the 50% sentence requirement in order to be eligible
2) Disregarding whether the inmate has gotten any lower level shots in the last year
3) Eliminating the requement that an inmate be a U.S. citizen to get home confinement.
4) Letting inmates with low Pattern risk score be placed on Cares Act home confinement; and

5) DISREGARDING THE FACT THAT AN INMATE IS SERVING TIME FOR A "VIOLENT CRIME IF THE CRIME OCURRED MORE THAN FIVE (5) YEAR'S AGO

ACCORDING TO HONORABLE JUDGE GWINS ORDER TO THE BOP THE PETITIONER QUALIFIES FOR THE RELIEF HE SEEK'S THERE FORE, THE PETITIONER MOST HUMBLY AND RESPECTFULLY REQUEST AN ORDER REDUCING HIS SENTENCE TO TIME SERVED AND IMPOSING AN ADDITIONAL TERM OF SUPERVISED RELEASE UP TO THE LENGTH OF THE UNSERVED PORTION OF THE ORIGINAL TERM OF IMPRISONMENT WITH A CONDITION OF HOME CONFINE-MENT, FOR PART OR ALL OF THAT PERIOD OF SUPERVISION PURSUANT TO 18 U.S.C 3582 (c)(1)(A)(i) BEFOR COVID-19 RENDERS HIS REMAINING IMPRISONMENT TERM A DEATH. SENTENCE...

I

CHARGES AND TIME SERVED

PETITIONER CAME INTO CUSTODY 10-24-2000 THEN HE PROCEEDY TO TRIAL AND FOUND GUILTY ON 9-26-2003 FOLLOWING A JURY TRIAL 1962 (D) RACKETEERING CONSPIRACY COUNT 2 CONSPIRACY TO DISTRIBUTE AND POSSES W/ INTENT TO DISTRIBUTE COCAINE AND CRACK LESS THAN 5 GRAMS 846 841 (B)(1)(A) COUNT 3 CONSPIRACY TO COMMIT MUDER COUNT 4 1959 (A)(5)

THE PETITIONER HAS BEEN IN CUSTODY IN CONNECTION WITH THE PRESENT OFFENCE FOR APPROXIMATELY 20 YEARS OF ACTUAL INCARCERATION HAS BEEN CONTINUOUSLY PROGRAMMING AND PERFORMING HIS WORK DETAIL DUTIES DILLIGENTLY

LEGAL FRAMEWORK OF COMPASSIONATE RELEASE

A) COMPASSIONATE RELEASE BEFOR THE FIRST STEP ACT.

THE COMPASSIONATE RELEASE STATUE EMPOWERS COURTS TO REDUCES A DEFENDANTS SENTENCE, UNDER CERTAIN CIRCUMSTANCES WHEN "EXTRAORDINARY AND COMPELLING REASONS WARRANT SUCH A REDUCTION" 18 U.S.C. 3582 (c)(1)(A) THE STATUTE WAS FIRST ENACTED AS PART OF THE COMPREHENSIVE CRIME CONTROL ACT OF 1984 TO SERVE AS A "SAFETY VALUE" TO ENABLE JUDGES TO REASSESS WHETHER A SENTENCING REDUCTION WAS WARRANTED BY FACTORS PREVIOUSLY ADDRESSED THROUGH THE ABOLISHED PAROLE SYSTEM S. REP NO. 98-225 AT 221 (1983) THE SENTENCING COMMISSION DEFINED "EXTRAORDINARY AND COMPELLING REASONS" AS INCLUDING " MEDICAL CONDITIONS "AGE, FAMILY CIRCUMSTANCES AND OTHER REASONS" U.S.S.G. 1B1.13 COMMN (1) AS ORIGINALLY ENACTED THE STATUTE LEFT SOLE DISCRETION FOR FILING COMPASSIONATE RELEASE MOTIONS WITH THE DIRETOR OF THE BUREAU OF PRISONS (BOP)

II

B) COMPASSIONATE RELEASE AFTER THE FIRST STEP ACT:

ON DECEMBER 21ST, 2018 PRESIDENT DONALD J. TRUMP SIGN THE FIRST STEP ACT INTO LAW, SIGNIFICANTLY CHANGING SECTION 3582 MOST SIGNIFICANTLY BY ALLOWING DEFENDENTS TO DIRECTLY PETITION COURTS FOR RELIEF INSTEAD OF LEAVING RELIEF RELIEF DECISSIONS SOLELY WITH THE BOP 18 USC 3582 (c)(1)(A) THE COMPASSIUNATE RELEASE STATUE AS AMENDED BY THE FIRST STEP ACT AUTHORIES ES DISTRICT COURTS ONCE CERTAIN CONDITIONS ARE MET, TO

GRANT... A SENTENCING REDUCTION UNDER 18 USC 3582 (c)(1)(A) WHERE EXTRODINARY AND COMPELLING REASONS WARRANT SUCH A REDUCTION" AND A REDUCTION [WOULD BE] CONSISTENT WITH APPLICABLE POLICY STATEMENTS ISSUED BY THE SENTENCING COMMISSION" SEE U.S.S.G. 1B1.13. THE SENTENCING COMMISSIONS POLICY STATEMENT ALSO DIRECTS THAT THE COURT MUST DETERMINE THAT" THE DEFENDANT IS NOT A DANGER TO THE SAFETEY OF ANY OTHER PERSON OR THE COMMUNITY AS PROVIDED IN 18 USC 3142 (A) AND MUST CONSIDER" THE FACTOR SET FORTH IN 18 USC 3553 (A) TO THE EXTENT THEY ARE APPLICABLE" SEE U.S.S.G. 1B1.13

C. THE PETITIONER DID FILE AT ESTILL AND THAN A TORNADO HIT ESTILL SO HE WAS MOVE ON A EMERGENCY EVACTION. HE STILL ASK PERMISSION AND NOTE NOTE TO SPEED UP THE PROCESS SOME COURTS WAS PERMITTING PEOPLE TO FILE.

III

THE HONORABLE COURT SHOULD GRANT THE PETITIONER COMPASSIONATE RELEASE SO COVID-19 DOES NOT RENDER HIS REMAINING INPRISONMENT TERM A DEATH SENTENCE:

THE PRESENT MOTION FOR COMPASSIONATE RELEASE IS BASED ON CONDITIONS THAT HAVE RADICALLY CHANGE IN THE 20 YEARS SINCE THE UNDERLYING CONVICTION APPLYING HONORABLE U.S. DISTRICT JUDGE GWINS ORDER TO THE BOP CITED ABOVE, INFRA AT PG 2 & 3 THAN THE PETITIONER MEETS ALL CRITERIA FOR COMPASSIONATE RELEASE FOR SEVERAL REASON'S:

1) HIS CHRONIC MEDICAL CONDITION THAT IS ASTHMA, HIGH BLOOD PRESURE, ONE LUNG, BRONCITOUS ____________

2) THE POOR SANITARY CONDITIONS AT HIS FACILITY WHICH INCLUDE BUT ARE NOT LIMITED TOO:

A) INMATES MUST SHARE COMMONAL LIVING SPACES, PHONES, COMPUTERS BATHROOM'S AND SHOWER WHICH ARE NOT DISINFECTED AFTER EACH OR REGULAR USE. (SEE SURVALLANCE VIDEO)

B) SOCIAL DISTANCING IS INPOSSIBLE TO ACHIEVE ESPECIALLY AS INMATES WAIT IN LONG LINES ONE NEXT TO THE OTHER AS THEY TRY TO MAKE A PHONE CALL OR USE A COMPUTER (SEE SURVAILLANCE VIDEO)

C) THE BOP DOES NOT PROVIDE HAND SANITIZER, MUCH LESS INCLUDE IT AS AN ITEM TO BE PURCHASED AT COMMISSARY;

D) UNIT OFFICERS REGULARLY WEAR THEIR MASK'S ON THEIR CHIN CHEW TOBACCOW AND AS THEY DO THEIR ROUND'S SPIT IN BOTTLES OR CUP'S THEY SERVE INMATES THEIR MEAL'S WITH OUT WEARING GLOVE (DURING LOCK DOWN) ON A REGULAR BASIS (SEE SURVALLANCE VIDEO) AND

E) THE BOP IS EXPERIENCING A SERIOUS COVID-19 OUT BREAK IN MANY OF IT'S FACILITIES;

FOR ALL OF THE ABOVE IT IS ONLY A MATTER OF TIME FOR COVID-19 TO FIND IT'S WAY INTO USP LEWISBURG

3) THE PETITIONER HAS SERVED APPROXIMATELY 20 YEAR'S OF HIS IMPRISONMENT TERM

4) THE PETITIONER HAS A FAIR DISCIPLINE RECORD

5) THE PETITIONER HAS CONTINOUS PROGRAMMING

6) HE POSES A MINIMAL RISK IF ANY TO PUBLIC SAFETY WHICH CAN BE MANAGED THROUGH HOME CONFINEMENT AND SUPERVISON CONDITIONS AND

7) THE 18 USC 3553 (A) FACTORS SUPPORT HIS RELEASE

IIII

A COVID-19 OUT BREAK AT THE BOP PRESENT "EXTROORDINARY AND COMPELLING REASON" WARRANTING COMPASSIONATE RELEASE.

ON MARCH 11TH AD 2020 THE WORLD HEALTH ORGANICATION (WHO) OFFICALLY CLASSIFIED THE SPREAD OF COVID-19 THE DISEASE CAUSED BY NOVEL CORONA VIRUS AS A PANDEMIC ON MARCH 13 AD 2020 PRESIDENT DONALD J. TRUMP DECLARED A NATIONAL EMERGENCY DUE TO THE EVOLVING THREAT OF THE CORONAVIRUS (COVID-19) OUT BREAK. TO SLOW THE SPREAD OF THE DISEASE THE CENTERS FOR DISEASE CONTROL AND PREVENTION (CDC) HAS BROADLY ADVISED PEOPLE TO TAKE BASIC PREVENTIVE ACTIONS, SUCH AS AVOIDING CROWDS STAYING SIX FEET AWAY FROM OTHER KEEPING SURFACES DISINFECTED AND FREQUENTLY WASHING THEIR HAND'S OR USING HAND SANITIZER (SEE HHS://BIT.LY/2W8DWPS) THESE PRECANTIONS ARE IMPOSSIBLE FOR INCARCERATED INDIVIDUALS AS SUCH PUBLIC HEALTH EXPERTS WARN THAT INCARCERATED INDIVIDUALS "ARE AT SPECIAL RISK OF INFECTION" AND ARE "LEAST ABLE TO PARTICIPATE IN PROACTIVE MEASURES TO KEEP THEMSELVES SAFE" SEE https://bitily/2w90608

CONTRIBUTING TO THE RAPID SPREAD OF COVID-19 ARE CIRUCMSTANCES INMATE TO PRISON LIFE INMATES MUST SHARE COMMUNAL LIVING SPACES BATHROOM AND SHOWER TELEPHONES AND

COMPUTERS ALL OF WHICH ARE TOUCHED BY HUNDREDS OF HAND'S WHICH ARE NOT PROPERLY SANITIZED HAND SANITIZER, EFFECTIVE DISINFECTANT RECOMMENDED BY THE CDC TO REDUCE TRANSMISSION IS DEEMED FORBIDDEN "CONTRABAND" IN BOP FACILITIES BECAUSE OF IT'S ALCOHOL CONTENT KERI BLAKINGER AND BETH SCHWARZAPEL "HOW CAN PRISON'S CONTAIN CORONAVIRUS WHEN POWELL IS CONTRABAND? ABA JOURNAL (MARCH 13 2020 http://ABA JOURNAL.COM/)

U.S.S.G. 1B1.13 APPLICATION NOTE 1(D) STATES THAT "OTHER REASON'S" MAY EXIST "OTHER THAN OR IN COMBINATION WITH THE REASON'S DESCRIBED IN SUBDIVISION (A) THROUGH (C) "FOR MEDICAL CONDITION, AGE AND FAMILY CIRCUMSTANCES THERE IS NO FUTHER GUIDANSE FROM AN UPDATED POLICY STATEMENT REGARDING WHAT COULD BE CONSIDERED "OTHER REASONS" JUSTIFYING A SENTENCE REDUCTION" FOR THIS REASON'S, ANY ASSESSMENT OF WHETHER A COURT ACTED "CONSISTENT WITH U.S.S.G. 1B1.13. BASED ON REASONS OTHER THAN THOSE SPECIFICALLY MENTIONED IN APPLICATION NOTE 1 (A)-(C) MOST CONSIDER THE FIRST STEP ACT EFFECT ON THAT POLICY STATEMENT AND APPLICATION NOTE 1 (D) IN PARTICOLOR" US V. REDD, NO-1:97-CR-006, 2020 WL 1248493, AT 7 (ED VA MARCH 16, 2020) (CITING 18 USC 3553 (A)(5) (ANY PERTINENT POLICY STATEMENT "IS TO BE CONSIDERED" SUBJECT TO ANY AMENDMENTS MADE TO SUCH POLICY STATEMENT BY ACT OF CONGRESS (REGARDLESS OF WHETHER SUCH AMENDMENTS ISSUED UNDER SECTION 994 (P) OF TITLE 28')) THIS HONORABLE COURT SHOULD THERFOR CONCLUDE THAT "EXTRAORDINARY AND COMPELLING CIRCUMSTANCES EXIST BASED

ON THE FACTS AND CIRCUMSTANCES THAT IS "OTHER REASONS" LIKE THOSE CITED ABOVE INFRA AT PG 1-3 WHICH ARE OTHER THAN THOSE SET FORTH IN SECTION 151.13 CMT N 1 (A)-(C) ID AT *8 N 18

(COLLECTING CASES, IN AGREEMENT)

FERNANDEZ-RODRIGUEZ V LICON-VITALE CASE NO 1:20-CV-03315 (SDNY)
GRIVIS V. SPAULDING, NO 20 CV 10338 /
U.S. V. WILLIAMS-BETHEA (NO- 18-CR-78 (AJN) (SDNY JUNE 2 2020)
US. V. ANDERSON (NO- 16-CR-824-1 (JMF) (SDNY) (JUNE 2 2020))
US V. OZOLS (NO 16-CR-692-7 (JMF (SDNY) (JUNE 2 2020)
US V. TORRES (NO. 87-CR-593 (SHS) (SDNY) (JUNE 2 2020)

Closing Argument

THE PETITIONERS SHOULD BE GRANTED BECAUSE HE HAS MEDICAL CONDITION AND HAS LAW BEHIND HIM.
ALSO I WANT THE COURT'S TO KNOW I'M FORWARD MEDICAL RECORD'S, FROM MY MOTHER SHE HAS COPY'S AND I'M WAITING ON LEWISBURG PRISONS TO FOWARD ME THE COPY'S BUT MY DEAD LINE IS 6-17-2020. AND I'M GETTING THIS OUT 6-15-2020. THE PETITIONER RELYING ON FACTS AND LAW, HE WILL NOT INTERTAIN. BAD AND FALSE JUDGEMENT, DEFENTLY NO CROSS REFRENCE. THE JURY SAID NOT GUILTY!!

[signature]
6-15-2020



Inmate Name: Kevin Allen
Register Number: 45021054
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837







LEGAL MAIL




LEGAL MAIL

HONORABLE JOHN G. KOELTL
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK N.Y. 10007

KEVIN ALLER
V.
UNITED STATES OF AMERICA

00CR.977 (JGK)

COMES NOW KEVIN ALLER, MAKE A "SOR REPLY" TO THE GOVERMENTS MOTION DATED 6-19-2020 TO WITT.

THE GOVERMENT INSIST IN ONE VEIN THAT MR. ALLER'S DID NOT EXHAUST HIS REMIDIES" THEN IN ANOTHER VEIN THE GOVERMENT STATES HIS CASE MANAGER STATED HE FILED SOMETHING. IT'S NOT THE PETITIONERS FAULT RECORDS /OR HIS REQUEST WAS NOT SUBMITTED. THIS COURT HAS JURISDICTION.

SECOND -

THE US ATTORNEY LEAN'S HEAVY ON MURDER'S; FOR ONE THE DEFENDENT WAS FOUND "NOT GUILTY" FOR "ONE MURDER" AS TOO THE SECOND THE GOVERMENT DOES NOT KNOW WHAT ROLE. /NEITHIER DID THE JURY AS OR THIS DAY THERE'S /NO REAL "PROOF" OF DIRECT INVOLVEMENT RATHER HE WAS FOUND GUILTY OF CONSPIRACY, BECAUSE THE JURY WAS INCLUSIVE ABOUT WHAT ROLE HE PLAYED.

AS A NOTE TO THIS COURT THE GOVERMENT HAS ADMITTED. MR ALLER'S "IS AT RISK OF DEATH. [PG 2 GOV RESPONSE PARAGRAPH 4 LINES (32)] AND THE GOVERMENT SLAPS BOP'S SELF HELP PROGRAMS RIGHT IN THE FACE STATEING MR. ALLER IS THE SAME MAN.

WHERE INFACT WENT GREAT LENGHTHS TO REHABILITATE HIM SEIF.

(NOTE)

AS IT MAY APPEAR THERE NO COVID-19 CASES AT U.S.P. LEWISBURG IT'S ALSO APPARENT, THAT NOT ONE INMATE HAS BEEN TESTED. SO NO ONE KNOW WHO'S INEFFECTED./OR SIMPLY THE PETITIER REQUEST THAT THE GOVERMENT PROVIDE THIS COURT WITH THE NAMES OF INMATE WHO HAVE BEEN SINCE THEY ARE FOR SURE.
I LIVE HERE NO ONE BEEN TESTED, NOR STAFF.

Kevin Allen
KEVIN ALLEN

CERTIFICATE OF SERVICE

I HERBY CERTIFY THAT A TRUE COPY WAS SENT TO THE DISTRICT COURT CLERK TO BE SERVED UPON ALL INTERESTED PARTIES. POSTAGE PRE PAID. FOR PRO SE PRISONERS

DATED THIS 25TH DAY OF JUNE 2020

Inmate Name: KEVIN ALLEN
Register Number: 45021-054
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

29 JUN 2020

LEGAL MAIL

LS

KW 6-28-2020

HARRISBURG PA 171

FOREVER / USA

USMS SDNY

legal mail

HONORABLE JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT FOR
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NEW YORK 10007

10007812920 3309