```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

KEVIN ALLER,

              Petitioner,      11cv9089 (JGK)
                                          00cr977 (JGK)

  - against -

                                          ORDER

UNITED STATES OF AMERICA,

              Respondent.

JOHN G. KOELTL, District Judge:

    The Court received the attached two letters from the petitioner. They will now be filed.

SO ORDERED.

Dated:    New York, New York
            August 12, 2020

                                                _____
                                                   John G. Koeltl
                                          United States District Judge

7-30-20

Honarble Judge John G. Koelt|

I'm writing you to in form you that today 7-30-20 we was put back on lock down. Why because an inmate intracked the covid 19. So Mr. Koelt| it is here and for the record, they [Lewisburg] stop taking tempurature for over one month. It won't be long before it spread. I just got to get this letter out.

God Bless you.

Nain Allen

Dear. Honorable John G. Koeltl

First I want to say may God bless u & your family in a time like this (Amen). I'm not trying to bug you. Please don't think that. Just I'm a young black man trying to get back to his family. I wrote you Thur 7-30 informing you that we was lock down, due to one case. Well Mr. Koeltl there is 35 cases, positive All inmates, and one recovering staff. They hiding this from us, It's all on the news. Like I stated in my 3582(c)(1)(A) motion this jail is not ready for this at all. They [Lewisburg] Stop letting mail go out. I never seen that happen. I thought it was one case. But come to find out it's 35 positive cases, still no testing. The staff give out food no glove. They just don't care. Still no cleaning supplies to clean you name it. I just want to point out the facts, I'm in very very danger here. Hope this letter reach you.

God bless

35 positive cases