**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/21/2020

September 18, 2020

**By ECF and Email**

Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **United States v. Kevin Aller**
   00 CR 977 (JGK)

Dear Judge Koeltl:

> THE COURT APPROVES THE PROPOSED SCHEDULE SUBMITTED BY COUNSEL. SENTENCING IS SCHEDULED FOR FRIDAY, NOVEMBER 13, 2020, AT 10:00AM.
>
> SO ORDERED.
> 9/18/20   /s/ John G. Koeltl
>                   USDJ

I write to request that the Court set a date for a resentencing hearing at which Mr. Aller and his family may be present. I have spoken to AUSA Andrew Dember, on behalf of the Government, who has advised me that he does not object to this request. As the Court noted, whether Mr. Aller should be afforded a reduction in his sentence "will require careful consideration." *See* Dkt #166 at 39. Particularly in a case such as this where Your Honor was neither the trial nor sentencing judge, Mr. Aller's presence in Court could be particularly useful to the Court in deciding whether to reduce the sentence in this case.

I have been advised by the Government that it cannot order Mr. Aller's production for court via writ until the Court sets a sentencing date. For this reason, the parties jointly propose the following briefing schedule:

   Defense submission due: October 9, 2020
   Government submission due: October 30, 2020
   Defense reply (if any) due: November 6, 2020

The parties are available for sentencing the week of November 9, 2020. Seven weeks should be sufficient time for the marshals to transport Mr. Aller from USP Lewisburg, where he is currently incarcerated.

Respectfully submitted,

/s/

Jennifer L. Brown
Attorney in Charge
Federal Defenders of New York
Tel: (646) 764-1420

cc: Andrew S. Dember (by email)
    Kevin Aller, Reg. No. 45021-054