UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KEVIN ALLER,

              Petitioner,         11cv9089 (JGK)
                                              00cr977 (JGK)

    - against -

                                                   **ORDER**

UNITED STATES OF AMERICA,

              Respondent.

---

JOHN G. KOELTL, District Judge:

    The Court received the attached letter, dated September 18, 2020, from the defendant. Because the defendant is represented by counsel in connection with his resentencing, pursuant to the First Step Act, the Court strongly urges the defendant not to write directly to the Court, but to consult with his counsel, who will transmit any correspondence to the Court as appropriate. This Order is being sent to the defendant's counsel, rather than to the defendant directly because the defendant is being represented.

SO ORDERED.

Dated:    New York, New York
            September 22, 2020

                                                John G. Koeltl
                                         United States District Judge

HONORABLE JOHN G. KOELTL

1) FINALY CHARACTER LETTER
2) THREE LAW AND ARGUMENT REALLY QUESTION!


RECEIVED SEP 22 2020 CHAMBERS OF JOHN G. KOELTL U.S.D.J.

HONORABLE JOHN G. KOELTL             9-17-20
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NEW YORK 10007

DEAR JUDGE KOELTL:

    I REVIEWED YOUR OPIONION AND FIRST I RESPECTFULLY APPRECIATE YOUR CANDID CONSIDERATION GIVEN THE FACTS IN MY CASE, AS I DONT DOWNPLAY OR OVERLOOK THE SERIOUSNESS OF MY CHARGES. ALTHOUGH MANY YEARS HAVE PASSED, A DAY DONT GO BY THAT I'M NOT REMORSEFUL SO "THANK YOU".

    TO BE FRANK WITH THE COURT IN THE BEGGANNING MY ACTIONS IN FEDERAL PRISON WERE NOT WITH-OUT INCIDENT, AS THIS COURT KNOWS. I WAS PLACED IN THE UNITED STATES PENITENTIARY. AND THE U.S. ATTORNEY IS WELL AWARE THOSE PLACES ARE FILLED WITH SOME OF THE MOST NATORIOUS MEN IN THE COUNTRY. WHO SPEND MOST OF THIER TIME CARING LESS AS MOST HAVE SERIOUS AMOUNTS OF TIME. EVEN WITH 50 YEARS I WAS CONSIDERED SHORT IN TIME. AND IN TURN I HAD MY BATTLES IN PRISON, I OWN MY CONDUCT. I COULD HAVE ENDED UP SERIOUSLY HURT OR DEAD TOO SAY THE LEAST, I ALWAYS KNEW I MAY NOT MAKE IT AS THERE IS ALWAYS SOMEONE TRYING TOO PROVE THEMSELVES, HOW EVER.

(1)

Your Honor I decieded even with all this time, I'm a better person than that, and I stopped! "First" I stopped being mad at the world. And most of all an enemy too my self, I found-out the hard way. I must can for "my self" before I could care for the well being of other. And the truth is my battle, "was not" an easy road. Definitly not a down hill fight. More uphill, but I came too terms. And started careing for myself as well as others! In return many walked away from me and that was fine. I had to swallow my pride. I have spent many years talking too "others" metoring them. Mostley telling them this life is not where its at. In the end your Honor its my "family" who stood by me through out all this time, not the (street's) or any of my soo called (homeboys) where were they? Always ask! No where. Frauds who when I was out, talked a good game!

And from the start it was my immidiately family who had my back from birth I was like many that I crossed (blinded) by the fale glamour. I'm not alone in my blindness. I've repented endlessly of course. Some will say its because I'm in here trying to obtain my freedom. The truth is I don't want too. Be yesterdays man

There will always be memories of him, it what fuels the fire. Making sure. He don't "ever appear again!" I'm not that man any more he don't "exisit". Sure enough

(2)

I'm well aware the U.S. Attorney feel's another way. But he was not present too personely see change even physicaly I'm not the "same." But that's small compared too my new way of thinking! I spend time with my family through e-mails, phone and visits. Even more importantly there will never be enough regret for the pain my family have suffered through-out all these years. I'm truly sorry for them any and all victims in my case.

Respectfully

Kevin Keller

IN ADDITION BECAUSE I'M OVERWHELMED WITH THIS OPPORTUNITY. I READ YOUR OPINION AND I BELIEVE I'M WITH YOU. THE COURTS USED THE STATUTE TO COME CLOSEST TO LIFE AS POSSIABLE. HOWEVER THE STATUT HAS NO ROOM FOR GROUPING WITHIN ITS LANUAGE IN REGARDS TO THE CROSSREFFERNCING I HAVE ASKED MY ATTORNEY TO SEND THE CROSSREFERENCE IF IT'S IN THE STATUTE I WAS CONVICTED UNDER. I KNOW IT'S IN THE GUIDLINES.

HOWEVER THE COURT CHOSE TO USE THE STATUTORY LANGUAGE INSTEAD, MY GROUPING IS ILLEGAL AND IF I'M CORRECT MARITMEE AND TERRITORIAL JURISDICTION, MEAN'S FEDERAL ENCLAVES. AM I'M RIGHT?

LAST ONE!!

3553(A) LETS YOU MR. KOELTL TO LOOK AT (1) A HIGHER DRUG-QUANTITY FINDING THAT WAS MADE FOR SENTENCING - NOT STATUTORY - PURPOSE (2) A MOVANT'S CAREER-OFFENDER STATUS, OR (3) A MOVANT'S SENTENCE BEING AT THE BOTTOM OF THE GUIDELINE RANGE. YOU HAVE WIDE LATITUDE TO DETERMINE WHETHER AND HOW TO EXERCISE ITS DISCRETION AND THAT IT MAY CONSIDER THE 3553(A) FACTORS AND PREVIOUS DRUG-QUANTITY FINDING MADE FOR THE PURPOSES OF RELEVANT CONDUCT. SO THE GROUPING, CROSSREFERENCE WRONG? AM I'M RIGHT?

*[signature]*