UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KEVIN ALLER,

                Petitioner,        11-cv-9089 (JGK)
                                           00-cr-977 (JGK)

    - against -

                                                        ORDER

UNITED STATES OF AMERICA,

                Respondent.

---

JOHN G. KOELTL, District Judge:

The Court received the attached letter, dated October 9, 2020, from the defendant, which the Court forwards to counsel. The Court requests defense counsel to advise the defendant to direct any communications to the Court through defense counsel.

SO ORDERED.

Dated:    New York, New York
            October 26, 2020

                                                  John G. Koeltl
                                          United States District Judge

HONORABLE JOHN G. KOELTL                                                10-9-20
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK        #S400 CR 977-01
500 PEARL STREET
NEW YORK, NEW YORK 10007



MR. KOELTL:
  I RESPECT WHAT YOU WROTE AS ALWAYS! ON ME CORRESPONDENCE, DIRECTLY TO YOU AND THE COURTS.
  SO I'M SHOWING YOU THAT I'M FOLLOWING INSTRUCTION. I'M JUST IN SMU, AWAITING TRANSFER TO COURT. SO I'M SENDING THIS UNDER 28 USC 1746. I ASK THE COURT TO "HUMBLE" MAKE THIS A MATTER OF RECORD. I'M ALSO FORWARDING THIS TO MY LAWYER FOR A MATTER OF RECORD AND LAW.
  DUE TO COVID THE MAIL BECAUSE I KNOW IT'S A TIME LIMIT, AND IT'S HARD TO COMUNACATE.

                                                RESPECTFULLY SUBMITTED
THANK YOU AND GOD BLESS                         Kevin Allen
YOU AND YOUR FAMILY.

MS. BROWN
  I'M WRITING YOU TO INFORM YOU UNDER STATUE (28 USC 1746) I ASK THE COURT TO HUMBLE MAKE THIS A MATTER OF RECORD. I WANT YOU TO CHANLLAGE MY PSR. BECAUSE THE GOVERMENT THREW THE PROBATION OFFICER IS BEING VINDICTIVE BY UNGROUPING CHARGES WHEN ALL THE OFFENCE IS FROM THE SAME CONTINUE CONSPIRACY.

To also challange the consecutive sentence because they should be group under 3B1.2 concurent sentence while I'm ignorent of the law, I do understand that 3B1.2 was in the first PSR. It should also be in the new revised PSR. Under the First Step Act it's only a reduction sentence to the organel sentence impose as in the organel PSR. I pleid humble ask you do all posilble and protect me of my rights and requesting for time serve.

Thank you and God Bless you and your family

Repectfully Submitted
*Kevin Allen*
Kevin Allen