```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
UNITED STATES OF AMERICA              :
                                      :
          -v-                         :    00-CR-977 (JGK)
                                      :
KEVIN ALLER,                          :    ORDER
                                      :
                    Defendant.        :
                                      :
------------------------------------- X
```

JOHN G. KOELTL, United States District Judge:

The Court arguably should have provided the oral warning specified in Federal Rule of Criminal Procedure 5(f) during the sentencing today. The Court will enter the appropriate Rule 5(f) Order and the Government should confirm by **November 20, 2021** that it is aware of its obligations.

SO ORDERED.

Dated: November 17, 2020
       New York, New York

                                    /s/ John G. Koeltl
                                    John G. Koeltl
                                    United States District Judge