```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
UNITED STATES OF AMERICA              :
                                      :
            -v-                       :    00-CR-977 (JGK)
                                      :
KEVIN ALLER,                          :       ORDER
                                      :
            Defendant.                :
                                      :
------------------------------------- X
```

JOHN G. KOELTL, United States District Judge:

The Court arguably should have provided the oral warning specified in Federal Rule of Criminal Procedure 5(f) during the sentencing today. The Court will enter the appropriate Rule 5(f) Order and the Government should confirm by **November 20, 2020** [~~2021~~] that it is aware of its obligations.

[handwritten: JGK 11/18/20]

SO ORDERED.

Dated: November 17, 2020
       New York, New York

                              _____
                                    John G. Koeltl
                              United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/18/2020