UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

           -against-                                                                   00 cr 977 (JGK)

**ORDER**

KEVIN ALLER,
                        Defendant.
------------------------------------------------------------X

      In preparing the amended judgment for the defendant, Kevin Aller, the Court noted that Count 3 involved a violation of 21 USC 846 and 841(b)(1)(C), not (b)(1)(A), as stated in the prior judgment, in view of the jury's finding of the amount of drugs involved.

      The Court also corrected the term of supervised release announced at the sentencing hearing for Count 4. Although the Court announced a term of supervised release of 5 years for Count 4, the maximum term of supervised release for that count is 3 years, which was the correct amount stated in the prior judgment. Therefore, the term of supervised release is 5 years on Counts 2 and 3, and 3 years on Count 4, all to run concurrently.

      Unless the Court receives any objections, the Court will enter the Amended Judgment on December 7, 2020.

**SO ORDERED.**

                                                                         JOHN G. KOELTL
                                                          UNITED STATES DISTRICT JUDGE

Dated: New York, New York
          December 4, 2020