```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

UNITED STATES OF AMERICA

    - against -

KEVIN ALLER,

           Defendant.

00-cr-977 (JGK)
11-cv-9089

ORDER

---

JOHN G. KOELTL, District Judge:

The Government should respond to the defendant's motion for compassionate release (ECF No. 193 in the 00-cr-977 action) by January 28, 2022. The defendant may reply by February 11, 2022.

The Clerk is directed to mail a copy of this Order to the defendant and to note service on the docket.

SO ORDERED.

Dated:    New York, New York
           January 14, 2022

                                      /s/ John G. Koeltl
                                      John G. Koeltl
                                  United States District Judge